# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>_____<br>*Defendant(s)* | )<br>)<br>) Case No. _____<br>)<br>)<br>) **UNDER SEAL**<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the city/county of _____ in the _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | |

This criminal complaint is based on these facts:

_____

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

*Vanessa Drew*
*Complainant's signature*

_____       _____
*Printed name and title*                    *Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ *(specify reliable electronic means).*

Date: _____

*William C. Fitzpatrick*
*Judge's signature*

City and state: _____        _____
                                                 *Printed name and title*