Date: 2/28/2024     Judge: Alston     Reporter: T. Harris
Time: 12:00 to 12:45

UNITED STATES of AMERICA
    Vs.

Kaitlyn Marie Hammond     1:24mj00033-001
Defendant's Name     Case Number

John Iweanoge     Heather Call, Kristin Starr
Counsel for Defendant     Counsel for Government

Matter called for:
( ) Motions     ( ) Setting Trial Date     ( ) Change of Plea Hrg.     ( ) Rule 35
( ) Arraignment     (✓) Appeal from USMC     ( ) Sentencing     ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.     ( ) Pre-Indictment Plea     ( ) Other: _____

Defendant appeared:     (✓) in person     ( ) failed to appear
    (✓) with Counsel     ( ) without counsel     ( ) through counsel

Argument heard by the Government and Exhibits 1-11 submitted to the Court.

Defendant adduced evidence through 1) Jessica Harrison.

Defendant's [20] Appeal of USMJ/Motion for Review and Revocation of Detention Order/
Defendant's [30] Motion for Review and Reconsideration of Bond – Argued and Denied.

Bond Set at: $_____     ( ) Unsecured     ( ) Surety     ( ) Personal Recognizance
( ) Release Order Entered     (✓) Deft. Remanded     ( ) Deft. Released on Bond     ( ) Deft. Continued on Bond

Defendant is: (✓) In Custody     ( ) Summons Issued     ( ) On Bond     ( ) Warrant Issued     ( ) 1st appearance