

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

KAITLYN MARIE HAMMOND

Defendant.

Case No. 1:24-CR-86

## CRIMINAL INFORMATION

### Count One

*Conspiracy to Distribute Fentanyl and Cocaine*

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning at least as early as June of 2022, and continuing thereafter up to and including August of 2023, the exact dates being unknown, in Fairfax County, Virginia, within the Eastern District of Virginia, and elsewhere, the defendant KAITLYN MARIE HAMMOND did knowingly and intentionally combine, conspire, confederate, and agree with others, both known and unknown, to knowingly and intentionally distribute:

1. 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A); and

2. a mixture and substance containing five kilograms or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C),

(All in violation of Title 21, United States Code, Section 846)

## Count Two

*Firearms Trafficking Conspiracy*

THE UNITED STATES ATTORNEY CHARGES THAT:

Between at least in and around June 2022 through in and around August 2023, in Alexandria, Virginia, within the Eastern District of Virginia, and elsewhere, the defendant, KAITLYN MARIE HAMMOND, did knowingly and voluntarily conspire with others, including Carrington Hammond, to transfer firearms in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying and possession of the firearm by the recipients would constitute a felony.

(In violation of Title 18, United States Code, Section 933(a)(1))

## FORFEITURE NOTICE

The defendant, KAITLYN MARIE HAMMOND, is hereby notified, pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, that upon conviction of the controlled substance offense alleged in Count 1 of the Information, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

The defendant, KAITLYN MARIE HAMMOND, is hereby notified, pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, that upon conviction of the offense alleged in Count 2 of the Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense.

Pursuant to 21 U.S.C. § 853(p), KAITLYN MARIE HAMMOND shall forfeit substitute property, if, by any act or omission of KAITLYN MARIE HAMMOND, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

The property subject to forfeiture includes but is not limited to the following specific property:

(a) $3,397.24 in U.S. currency seized from a safe in the defendant's residence in Alexandria, VA on August 10, 2023
(b) A Rolex Datejust stainless steel with gold tone watch seized from the defendant's residence in Alexandria, VA on August 10, 2023;

(c) A diamond ring seized from the defendant's residence in Alexandria, VA on August 10, 2023;
(d) A diamond bracelet seized from the defendant's residence in Alexandria, VA on August 10, 2023;
(e) $10,846.00 in U.S. Currency seized from a bedroom in the defendant's residence in Alexandria, VA on August 10, 2023;
(f) 1 CZ, Model Scorpion EVO 35, serial number F437700, 9mm semi-automatic pistol with all accompanying magazines and ammunition seized from the defendant's residence in Alexandria, VA on August 10, 2023;
(g) 1 Glock, Model 27, 40 caliber pistol, serial number BXAU295 with all accompanying magazines and ammunition seized from the defendant's residence in Alexandria, VA on August 10, 2023;
(h) 1 Glock, Model 26 Gen 3, 9mm semi-automatic pistol, serial number BWHW480 with all accompanying magazines and ammunition seized by law enforcement on or about January 6, 2023;
(i) 1 Smith & Wesson, Model M&P15-22, 22LR Rifle, Serial Number LBB8966 with all accompanying magazines and ammunition;
(j) 1 Girsan, Model MC28 SA T, 9mm semi-automatic pistol, serial number T6368-20AV12452 with all accompanying magazines and ammunition seized by law enforcement on or about July 11, 2022;
(k) 1 Taurus, Model GSC, 9mm semi-automatic pistol, serial number ADB993839 with all accompanying magazines and ammunition;
(l) 1 Glock, Model 29, 10mm semi-automatic pistol, serial number BXDM737 with all accompanying magazines and ammunition;
(m) 1 Ruger, Model EC95, 9mm semi-automatic pistol bearing serial number 45987941 with all accompanying magazines and ammunition;
(n) 1 SCCY Industries Model CPX-1 9mm pistol, serial number C261103, seized by law enforcement in Alexandria, VA on February 28, 2023; and
(o) 1 Glock, Model 19, 8 mm semi-automatic pistol, serial number BRLE673, seized by law enforcement in Alexandria, VA on December 8, 2022.

(In accordance with Title 21, United States Code, Section 853; Title 18, United States Code 924(d)(1); Title 28, United States Code 2461(c); and Federal Rule of Criminal Procedure 32.2(a))

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: April 19, 2024     By: /s/ Kristin S. Starr
                         Kristin S. Starr
                         Heather D. Call
                         Assistant United States Attorneys